WILLIAM H. DICKENS, Respondent, v. THE CITY OF NEW YORK, Defendant, and ATLANTIC GULF AND PACIFIC COMPANY, Appellant.— Motion for reargument denied, without costs. Present—Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

ADOLPH C. HOTTENROTH, Respondent, v. ROBERT K. MICKEY and the GENERAL AERONAUTIC COMPANY, Appellants.—Motion granted so far as it permits the trustee to intervene. Motion for stay without security denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

IDA M. JARVIS, Appellant, v. ANNA S. SEES, Respondent.— Motion denied, without costs. Present — Thomas, Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application of WILLIAM A. JACKSON for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

GEORGE H. MONTROSE, Respondent, v. VALLANDIGHAM B. BAGGOTT and Another, Appellants.— Motion for reargument granted; order of December 8, 1916, resettling order of March 13, 1914, vacated on reargument, and motion to resettle order denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

DANIEL H. BAYLIS, Appellant, v. ELMONT CEMETERY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

HOLMES JONES, Appellant, v. JAMES A. ALLEN, Respondent.— Appeal dismissed, with costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

JOHN J. KENNEDY, Respondent, v. ALFONSO BRUNO, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that we think that the finding, which the verdict under the charge imports, that the stairs were not free and open to the plaintiff's use, was against the weight of the evidence. Jenks, P. J., Stapleton and Mills, JJ., concurred; Rich, J., dissented; Carr, J., not voting.

JAMES E. KINLEN, Appellant, v. CARMAN R. RUNYON and WILLIAM E. BELKNAP, Respondents.— Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Rich and Putnam, JJ., concurred.

MOUNT VERNON TRUST COMPANY and JOSEPH S. WOOD, etc., Respondents, v. JAMES T. PENFIELD, etc., and Others, Respondents, and WILLIAM W. PENFIELD, Appellant.— Final judgment modified in accordance with the stipulation dated June 12, 1916, and filed with this court; and as so modified the final judgment and the interlocutory judgment are affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RUSSO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ, concurred.

FRANK RAVOLD, Respondent, v. HENRY HAMM. Defendant. LOUISE J. HAMM, as Administratrix, etc., Appellant.—Judgment affirmed, with